**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHANDRA COOK, individually, and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>KAKECH LLC, a Domestic Limited Liability Company, and KAMAL BALOGUN, individually,<br><br>              Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-2632-MHC |

## **DEFAULT JUDGMENT**

The defendant(s) KAKECH LLC and KAMAL BALOGUN, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Mark H. Cohen, United States District Judge, by order of April 19, 2017, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff CHANDRA COOK., recover from the defendants, in the amount of $19,606.08 in unpaid wages, $19,606.08 in liquidated damages, and $505.38 in costs.

Dated at Atlanta, Georgia this 19th day of April, 2017.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                              By:    _s/Jill Ayers_
                                           Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   April 19, 2017
James N. Hatten
Clerk of Court

By:    _s/Jill Ayers_
        Deputy Clerk